```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 19518
    LIOUBOV SOUMINA
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6194

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/16/2005 and was confirmed 07/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/05/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
AAA COOK COUNTY CONSOLID   UNSECURED              .00            .00              .00
FDS BANK/BLOOMINGDALES     UNSECURED          2492.50            .00           183.59
ECAST SETTLEMENT CORP      UNSECURED          6783.22            .00           543.45
ECAST SETTLEMENT CORP      UNSECURED          7577.18            .00           607.04
ROUNDUP FUNDING LLC        UNSECURED          5602.95            .00           437.75
ECAST SETTLEMENT CORP      UNSECURED          1131.45            .00            79.50
DISCOVER FINANCIAL SERVI   UNSECURED          5282.49            .00           412.71
KINECTA FEDERAL CREDIT U   UNSECURED          9196.66            .00           736.80
ECAST SETTLEMENT CORP      UNSECURED         11046.04            .00           884.96
PORTFOLIO RECOVERY ASSOC   UNSECURED          1524.97            .00           122.70
SEARS MASTER CARD          UNSECURED         NOT FILED           .00              .00
BENJAMIN BERNEMAN & BROM   DEBTOR ATTY             .00                            .00
TOM VAUGHN                 TRUSTEE                                             257.05
DEBTOR REFUND              REFUND                                               54.45

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                4,320.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     4,008.50
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                            257.05
DEBTOR REFUND                                    54.45
                       --------------       --------------
TOTALS                 4,320.00               4,320.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 19518 LIOUBOV SOUMINA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 19518 LIOUBOV SOUMINA